IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., | |
| Plaintiff, | Case No. 24-cv-11959 |
| v. | **Judge Andrea R. Wood** |
| CHINA SEAT COVER AUTOMOTIVE PRODUCTS CO., LTD, et al., | **Magistrate Judge Beth W. Jantz** |
| Defendants. | |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| ebuyshop_7 | 40 |
| nice_jw0429 | 61 |
| JUNJIEMAOYI | 79 |
| Manruonan Trading Co., Ltd. | 80 |

Dated this 21st day of January 2025.   Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Toyota Motor Sales, U.S.A., Inc.*

</div>