# EXHIBIT A

# Toyota Motor Sales, U.S.A., Inc. v. China Seat Cover Automotive Products Co., Ltd, et al. - Case No. 24-cv-11959

| No | Name / Seller Alias | e-Mail Address |
|---|---|---|
| 1 | China Seat Cover Automotive Products Co., Ltd | carseatcover1@aliyun.com |
| 2 | Guangzhou Aililai Trading Co., Ltd | 531043474@qq.com |
| 3 | Guangzhou Cheshangpin Trading Co., Ltd | 953001537@qq.com |
| 4 | Guangzhou Fuxuan Auto Accessories Co., Ltd. | karrychu@163.com |
| 5 | Guangzhou Qixin Automotive Supplies Co., Ltd. | qixin20226688@163.com |
| 6 | Guangzhou Shen Yun Trading Co., Ltd. | abslogo@163.com |
| 7 | Hangzhou Etie Creative Design Ltd. | etiemall@163.com |
| 8 | Xi'an Sihangda International Trade Co., Ltd. | 18629019859@163.com |
| 9 | Zhejiang Shengye Traffic Sign Co., Ltd. | zjsybp8866@zjshengye.com |
| 10 | A21IXTS94NK9OT | 15376520999@163.com |
| 11 | A2GUT2RB4HHQIT | qiaofuhe240099@163.com |
| 12 | A3890G0XUZJ6B1 | 1931273197@qq.com |
| 13 | AMZ-BLACK | 18792479941@163.com |
| 14 | Arbacipher | huangshi7@outlook.com |
| 15 | Booge US | housailei-us@outlook.com |
| 16 | DISMISSED | DISMISSED |
| 17 | dunghoangstcp | dunghoangcpqn81@gmail.com |
| 18 | EXCEPTED | fanaticaltrading@gmail.com |
| 19 | King Chi Shop | 375817535@qq.com |
| 20 | LexusVantrix | ning7285@163.com |
| 21 | LIUjgunfer | liuxiang0987@outlook.com |
| 22 | lixuan668 | sme43535@163.com |
| 23 | DISMISSED | DISMISSED |
| 24 | SusquehannaLLC | kve9110@gmail.com |
| 25 | Xuweing | jayz016141@163.com |
| 26 | YUWUTF | 13806101570@163.com |
| 27 | zhangxyshop | zxypostershop@163.com |
| 28 | yishian08 | ruisili005@163.com |
| 29 | autoservice001 | vickylin0219@163.com |
| 30 | DISMISSED | DISMISSED |
| 31 | cctv-23 | xiaokedouxiaokedou@163.com |
| 32 | DISMISSED | DISMISSED |
| 33 | CHOFAN | 17616891739@163.com |
| 34 | create_auto | createmotors-04@outlook.com |
| 35 | DISMISSED | DISMISSED |
| 36 | DISMISSED | DISMISSED |
| 37 | deyifly2 | whdeyi2023@163.com |
| 38 | DISMISSED | DISMISSED |

| 39 | dylcompany | dongyoulian2024@163.com |
|---|---|---|
| 40 | DISMISSED | DISMISSED |
| 41 | DISMISSED | DISMISSED |
| 42 | eodxcom | 18225695023@163.com |
| 43 | ewphq13 | ewphqnmmcgp@126.com |
| 44 | ffancylife | fancylifee@163.com |
| 45 | gooddeals8787 | good.deals87@hotmail.com |
| 46 | DISMISSED | DISMISSED |
| 47 | gzmibai | gzmibaitufushi@163.com |
| 48 | HENZIKON SENIOR AUTO PARTS | iwyu79@163.com |
| 49 | DISMISSED | DISMISSED |
| 50 | IGBTSHOP | longzubehor@outlook.com |
| 51 | kuajingshangwuyouxiangongsi | zvh844886@163.com |
| 52 | DISMISSED | DISMISSED |
| 53 | DISMISSED | DISMISSED |
| 54 | leifashionshop | wangyanyan88858899@163.com |
| 55 | liujiana612 | liujianlinga612@163.com |
| 56 | Lucky Di Parts | fionabba@outlook.com |
| 57 | mars_tg | ptchenyue@163.com |
| 58 | Mia-auto6 | hsd66669@163.com |
| 59 | mojhduw | sunsetxiao9@outlook.com |
| 60 | mwjg3930 | 13013610835@163.com |
| 61 | DISMISSED | DISMISSED |
| 62 | DISMISSED | DISMISSED |
| 63 | plc-supplier-1 | hotsalem@outlook.com |
| 64 | rcr_parts | autopartscity-1@outlook.com |
| 65 | DISMISSED | DISMISSED |
| 66 | shuzhe2 | shuzhei69191@126.com |
| 67 | skyyjlzs1 | 3768750254@qq.com |
| 68 | successarc | sdscheng18@outlook.com |
| 69 | taianshunyi-718 | aa17067027491@163.com |
| 70 | thriving12 | nyder666@163.com |
| 71 | Thursday-Discountstore | m61993882@outlook.com |
| 72 | Wang McQueen Motors | linjiesales02@163.com |
| 73 | zhenqiangyan | pfs304722@163.com |
| 74 | zhidi-41 | zhidian0725@163.com |
| 75 | zhidianhomeus | zhidianhome@126.com |
| 76 | DISMISSED | DISMISSED |
| 77 | bai jin ying guo ji mao yi (guang zhou) you xian gong si | caodianlco32@163.com |
| 78 | jiujiangzhiguoguishangmaoyouxiangongsi | yanwpc410@163.com |
| 79 | DISMISSED | DISMISSED |
| 80 | DISMISSED | DISMISSED |

| 81 | Premium Picks | zzzqqq315@163.com |
|---|---|---|
| 82 | qinghaokaiyueshangmao | q1xe2y5uj7uw@outlook.com |
| 83 | SHIJINMAOYI | tingtaipob4@163.com |
| 84 | SXlianshun-xuhongshop | l15343417998@outlook.com |
| 85 | WMJMSD | czhaimai50@163.com |
| 86 | nehduie94 | pushi51226626@163.com |
| 87 | wanglihuan00 | wanglihuan00@163.com |
| | | he.cai@getechlaw.com<br>jeffrey.liu@usatro.com<br>attorney@rajanpatellawoffices.com<br>legal@rajanpatellawoffices.com<br>jmlawchina@gmail.com<br>dane.cloudraker@qq.com<br>casey@hewittpllc.com<br>jc@hewittpllc.com |